# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-10-110    MAGIS. NO: |
| V.<br><br>Tanya Hubbard<br><br>DOB:        PDID: | FILED<br>MAY 25 2010<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Tanya Hubbard |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

(Conspiracy);
(Obstruction); and
(Criminal Forfeiture)

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1349, 1512, 981(a)(1)(C) and 28 U.S.C. § 2461.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE):<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>APR 29 2010 |
|---|---|---|
| CLERK OF COURT:<br>Angela D. Caesar | BY DEPUTY CLERK: | DATE:<br>4/29/10 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>DATE EXECUTED 05/25/2010<br>HIDTA CASE:  Yes ___ No X | NAME AND TITLE OF ARRESTING OFFICER<br>Byrd, Robert  USMS | SIGNATURE OF ARRESTING OFFICER<br><br>OCDETF CASE: Yes ___ No X |
|---|---|---|