**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. 10-110 (RBW)** |
| | : | |
| **KENARD WALSTON,** | : | |
| **Defendant** | : | |

**KENARD WALSTON'S MOTION TO DISMISS
COUNT TEN OF THE INDICTMENT**

Pursuant to FED. R. CRIM. P. 12(b), the Defendant, Kenard Walston, respectfully moves this Honorable Court to dismiss Count Ten of the indictment in the above captioned case.   The indictment and the undisputed material facts alleging false statements made to investigating FBI agents in support of the indictment fail to state the offense of Obstruction of Justice: Tampering with a Witness, Victim, or an Informant in violation of 18 U.S.C. § 1512(b)(3). The statements were not made to "another person" as required by the express terms of the statute and in the context they could not be reasonably believed to have the natural and probable consequence of obstructing justice.

WHEREFOR, for the reasons set forth in the accompanying Memorandum of Law and any hearing on this motion the Kenard Walston respectfully requests Count 10 be dismissed.

_____//_____
Richard Seligman #296426
Attorney for Kenard Walston

Law Offices of Richard Seligman
1350 Connecticut Ave., NW
Suite 202
Washington, DC  20036
(202) 745-7800
Fax: (202) 223-7005
Email: RickSelig@aol.com